Name, Address and Telephone Number of Attorney(s):
Liza Cristol-Deman
Brancart & Brancart
Post Office Box 686
Pescadero, CA 94060
Tel: 650-879-0141, Fax: 650-879-1103
Email: lcristoldeman@brancart.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC., a California Not for Profit Corporation, and CATHERINE MAGDALENO,<br><br>Plaintiff(s)<br><br>v.<br><br>CADIGAN COMMUNITIES, LP, a California Limited Partnership, doing business as the MONTEREY PINES APARTMENTS; and STEPHANIE MURRAY,<br><br>Defendant(s). | CASE NUMBER<br><br>SACV11-00488 AG(AGRx)<br><br>SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE |

Pursuant to Local Rule 16-15, the parties recommend that the Court approve the following settlement procedure:

☐ **SETTLEMENT PROCEDURE NO. 1** - The parties shall appear before the
☐ district judge *or* ☐ magistrate judge assigned to the case for such settlement proceedings as the judge may conduct or direct.

☑ **SETTLEMENT PROCEDURE NO. 2** - The parties shall appear before an attorney selected from the Attorney Settlement Officer Panel for all further settlement proceedings.

☐ **SETTLEMENT PROCEDURE NO. 3** - The parties shall appear before a retired judicial officer or other private or non-profit dispute resolution body for mediation-type settlement proceedings.

Dated: 10-4-11          _[signature]_
                       Attorney for Plaintiff Liza Cristol Deman

Dated: _____          _____
                       Attorney for Plaintiff

Dated: 10/3/11         _[signature]_
                       Attorney for Defendant Julee M. Fritsch

Dated: _____          _____
                       Attorney for Defendant

Dated: _____          _____
                       Attorney for Defendant

**NOTE:** The (ADR-01 ORDER): ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE must be submitted with this Request. If additional signatures are required, attach an additional page to this request.

ADR-01 (03/07)          SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE