**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC., a California Not for Profit Corporation, and CATHERINE MAGDALENO, <br><br> Plaintiff(s) <br> v. <br> CADIGAN COMMUNITIES, LP, a California Limited Partnership, doing business as the Monterey Pines Apartments; and STEPHANIE MURRAY, <br><br> Defendant(s). | CASE NUMBER <br><br> SACV11-00488 AG(AGRx) <br><br><br> **ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE** |

The Court, having considered the parties Settlement Procedure Selection Request and Notice, hereby:

**ORDERS** the Request for:

☐ **SETTLEMENT PROCEDURE NO. 1**
☒ **SETTLEMENT PROCEDURE NO. 2**.
☐ **SETTLEMENT PROCEDURE NO. 3**

be:
☐ APPROVED.

☐ DENIED; **IT IS FURTHER ORDERED** that the settlement procedure shall be as follows:


For Settlement Procedure No. 2, counsel are responsible for contacting the settlement officer at the appropriate time to arrange for further proceedings. Upon obtaining the settlement officer's consent to serve, counsel shall file Form ADR-02 (Stipulation Regarding Selection of Attorney Settlement Officer) with the court. For Settlement Procedure Nos. 1 and 3, counsel are responsible for contacting the judge or mediator at the appropriate time to arrange for further proceedings.

Dated:_____                    _____
                                              United States District Judge/Magistrate Judge

ADR–01 ORDER (04/08)          ORDER RE: SETTLEMENT PROCEDURE SELECTION: REQUEST AND NOTICE