JS - 6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| FAIR HOUSING COUNCIL OF ORANGE COUNTY, INC., a California Not for Profit Corporation, and CATHERINE MAGDALENO,<br><br>Plaintiffs,<br><br>vs.<br><br>CADIGAN COMMUNITIES, LP, a California Limited Partnership, doing business as the MONTEREY PINES APARTMENTS; and STEPHANIE MURRAY,<br><br>Defendants. | Case No. SACV11-0488 AG(AGRx)<br><br>**ORDER DISMISSING CASE SUBJECT TO CONSENT DECREE** |

This action is hereby dismissed pursuant to the terms of the consent decree entered in this action. The Court shall retain jurisdiction for purposes of enforcement only.

IT IS SO ORDERED.

Dated: January 11, 2012.

_____
Honorable Andrew Guilford
United States District Judge